# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY R. BOWERS, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:17-CV-0405 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| PENN CREDIT, ET AL., | : | |
|     Defendants | : | |

## ORDER

On March 3, 2017, Plaintiff, Anthony R. Bowers, filed the above-captioned action against Defendants Penn Credit and Debt Recovery Solutions. (Doc. 1). On that same date, a summons was issued as to Defendants and provided to Plaintiff's counsel. (Doc. 2). On April 3, 2017, the Court issued its Case Assignment and Procedures letter. (Doc. 3). On April 6, 2017, Plaintiff filed a waiver of service executed by Penn Credit. (Doc. 4). Pursuant to that waiver of service, Penn Credit was to file a responsive pleading in this matter on or before May 8, 2017. (Id.). To date, however, no responsive pleading has been filed, nor has there been a request by a defendant to extend the time to file such.

**ACCORDINGLY, ON THIS 24TH DAY OF MAY, 2017, IT IS HEREBY ORDERED THAT**:

1. The parties shall file a status report on or before **June 7, 2017**. The status report shall advise the Court with any information relevant to the disposition of this case.

2. The Court notes that Plaintiff's failure to file a response to this Order on or before **June 7, 2017**, may result in dismissal of this case without prejudice for failure to prosecute and comply with a court order.  See FED. R. CIV. P. 41(b).

3. Plaintiff is forewarned that renewal of his claims after such a dismissal would be subject to the applicable statute of limitations.

/s/ William J. Nealon
**United States District Judge**