UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY R. BOWERS, | : | |
| | : | |
| Plaintiff | : | No. 3:17-cv-0405 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| PENN CREDIT, ET AL., | : | |
| | : | |
| Defendant | : | |

# ORDER

**AND NOW, THIS 5TH DAY OF JUNE, 2017,** in consideration of Plaintiff's motion to withdraw the complaint, (Doc. 6), **IT IS HEREBY ORDERED THAT**:

1. The motion to withdraw the complaint, (Doc. 6), is **GRANTED**;

2. Plaintiff's complaint, (Doc. 1), is **DEEMED WITHDRAWN** as to all Defendants and the action is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this matter.

/s/ William J. Nealon
**United States District Judge**